# EXHIBIT C

# Prohibited & restricted content

## Deceptive content & behavior

Fake engagement

Contributions to Google Maps should reflect a genuine experience at a place or business. **Fake engagement** is not allowed and will be removed.

This includes:

- Content that is not based on a real experience and does not accurately represent the location or product in question.
- Content that has been posted due to an incentive offered by a business - such as payment, discounts, free goods and/or services.
  - This includes content posted following requests for revision or removal of a negative review in exchange for an incentive.
- Content that has been posted from multiple accounts to manipulate a place's rating.
- Content that has been posted using an emulator or other device tampering service, modified operating system, or other method to mimic genuine engagement, manipulate sensor data or results, or otherwise thwart or confuse normal operations.

We <u>do not</u> allow merchants to:

- Solicit or encourage the posting of content that does not represent a genuine experience.
- Offer incentives – such as payment, discounts, free goods and/or services - in exchange for posting any review or revision or removal of a negative review.
- Discourage or prohibit negative reviews, or selectively solicit positive reviews from customers
- Post content on a competitor's place to undermine that business' or product's reputation.

We <u>do</u> allow merchants to:

- Solicit or encourage the posting of content that does represent a genuine experience, without offering incentives to do so.

Impersonation

Using Google Maps to mislead others is against the spirit of delivering useful information to assist users as they explore the world around them. Don't use Google Maps to **impersonate** any person, group, or organization.

This includes:

- Content posted or shared seeking to impersonate any person, group, or organization.
- Content that is pretending to be a verified authoritative source.

We do allow content that contains alternative names for a person or organization where the content is not attempting to mislead others.

## Misinformation

False, inaccurate, or deceptive information can cause significant harm to individuals, businesses, and society. For that reason, we don't allow users to post **misinformation**.

This includes:

- Harmful content that contains deceptive or misleading health or medical information.
- Harmful content that contains deceptive or misleading information about civic processes.
- Harmful content of newsworthy events or civil discourse that has been manipulated to deceive or mislead users.

We do allow content from verifiable authoritative sources.

## Misrepresentation

Misleading information can impact the quality of information on Google Maps. For this reason, we don't allow individuals to use Google Maps to mislead or deceive others, or make **misrepresentations**.

This includes:

- False or misleading accounts of the description or quality of a good or service.
- Distorting or omitting facts to scam other users.
- Distorting or omitting information that could have an undue impact on user decision making.
- Content that is based on a conflict of interest. A conflict of interest may include current or former employment, a contractual or consultory relationship, or other professional or personal affiliations that demonstrate a conflict of interest.

- Posting content that tricks users into revealing confidential information, downloading unwanted or malicious software, or subjects them to phishing or baiting.

## Inappropriate content & behavior

### Harassment

We don't allow users to post content to **harass** other people or businesses, or encourage others to participate in harassment.

This includes:

- Content that contains a specific threat of harm against individuals or defined groups of people that would make a reasonable person fear for their mental or physical safety or well being.
- **Doxxing**.
- Content that results in unwanted sexualization or objectification of a person, including claims about a person's sexual activities, sexual orientation, or gender identity.

### Hate speech

Google Maps products are designed to help users navigate and explore the world around them. At Google, we believe that all people, regardless of race, ethnicity, religion, disability, age, nationality, veteran status, sexual orientation, gender, gender identity, caste, or any other protected status, have a right to access information and participate in its exchange without being subjected to **hate speech**.

Do not post or share content that includes any form of hate speech.

This includes:

- Direct calls to action to commit violence against protected individuals or groups.
- Content that is dehumanizing, belittling, or vilifies individuals or groups based on a protected characteristic.

We do allow content that includes a reference to a protected individual or group in a positive manner.

### Offensive content

Google Maps should be a place of respect—even in disagreement—among users. For that reason, we don't allow users to post **offensive content**.

This includes:

- Using Google products to attack other individuals or groups.
- Content that is clearly and deliberately provocative.
- Unsubstantiated allegations of unethical behavior or criminal wrongdoing.

We do allow content that describes negative experiences in a respectful manner.

[Personal information](#)

Do not distribute or post **personal information** without consent. Personal information is defined as information that applies to a living identifiable person and disclosure could result in risk of harm if it is compromised or misused. This includes:

- Content which contains personal information of another posted without their consent such as: full name, or last name, their face in a photograph or a video, or other information which has been reported as having been posted without consent.
- Personally identifiable information and other personal information about yourself or others including financial information, medical information or personal identification information.

We do allow merchants to post contact information related to their business including phone, email, or social media handles.

We also allow

- An individual's name if it is part of the commonly known or advertised business entity or
- An individual's name if they are a public-facing professional conducting business under their name.
  This includes:
  - Doctors, lawyers, realtors, financial planners, contractors and others professionals doing business under their names
  - CEOs and other executive level employees whose names and professional connection to a place are publicly known and available

If you believe your personal information has been posted without your consent, please [follow these instructions to flag the review.](#)

Obscenity & profanity

We will remove **obscene and profane content** on Google Maps.

This includes:

- Content using profanity or obscenity to offend other users or emphasize criticism.

We do allow inoffensive uses of words that may be considered profanity in other contexts.

Sexually explicit content

Google Maps is a place for safe exploration of the world around us. For that reason, we don't allow **sexually explicit content**.

This includes:

- Pornography or the depiction of sexual acts, genitals, or fetishes intended to be sexually gratifying.
- Content that includes nude genitalia.
- Content that glorifies or promotes bestiality.
- Content that glorifies or promotes sexually explicit content or behavior.

We may allow content that is otherwise considered sexually explicit for an educational, documentary, scientific, or artistic purpose if the content is related to the point of interest and sufficient information is provided for users to understand the context.

Adult-themed content

Google Maps is a place for users to find useful and appropriate information. For that reason, we do not allow **adult-themed content**.

This includes:

- Non-explicit pornography or any content intended to be sexually gratifying.
- Any content that sexualizes inanimate objects.
- Overtly, sexually suggestive poses in which the subject is nude, blurred, or minimally clothed.
- Non-commercial content related to sex toys.

We may allow content that is otherwise considered adult-themed for an educational, documentary, scientific, or artistic purpose if the content is related to the point of

interest, and sufficient information is provided for users to understand the context.

We may also allow minimally clothed individuals presented in a non-sexualized manner.

We may allow a legitimate business website that contains adult-themed content if the business provides relevant adult services.

## Violence & gore

On Google Maps, we strive to make sure the information we provide results in a positive experience for those using our product. For this reason, we don't allow **violent or gory content** involving people or animals.

This includes:

- **Violent or gory content** involving people or animals intended to be shocking, sensational, or gratuitous.
- Graphic violence that includes material amounts of blood, serious injuries, or death to animals or people.
- Content that contains animal cruelty.

## Restricted content

For some products or services subject to controls and local regulations, you must follow certain guidelines when posting content. The content you upload may not feature calls to action or offers for the sale of products or services that are subject to local legal regulations. This includes, but is not limited to, alcohol, gambling, tobacco, guns, health and medical devices, regulated pharmaceuticals, adult services, and financial services.

The content shouldn't display:

- Links to a landing page where it is possible to purchase restricted goods or services.
- Email address and/or phone numbers to contact for the purchase of restricted goods.
- Promotional offers for restricted goods or services. For example, you shouldn't upload content that displays deals, coupons, pricing information or other promotions for a restricted product or service.

Note that incidental depictions of these products are excluded from this policy. Examples include:

- Images of menus.
- Images where alcoholic beverages are present but not the main focus.

## Dangerous content

Google Maps is a place for safe communications between users. For this reason, we don't permit users to post **dangerous content**.

This includes:

- Content that facilitates or encourages serious physical harm to health, safety, property, animals, or the environment.
- Content that promotes dangerous activities that could result in serious physical harm to the person committing the act, those around them, or animals.
- Content encouraging minors to participate in dangerous activities or use dangerous items.
- Content that facilitates misuse of inherently dangerous items.
- Instructional content for creation or preparation of dangerous items.

We do allow general discussion about goods, services, or activities that could be harmful or dangerous as long as the discussion does not include promotion of or directions for its harmful use.

## Child safety

On Google Maps, we do not allow content that puts children at risk. Don't create, post or distribute content that **exploits** or **abuses** children or use Google products or services to **endanger** children.

This includes:

- Content that sexually exploits or presents children in a sexual manner.
- Content that contains predatory behavior, condones, glorifies, or presents predatory behavior in a positive light.
- Content that contains depictions of abuse of minors or condones, glorifies, or presents abuse of minors in a positive light.
- Content that depicts nudity of apparent minors, even if it does not fall within the above categories.

We will remove violating content and take appropriate action, which may include reporting to relevant authorities or law enforcement, limiting access to product features, and disabling accounts.

**How can users report violations?**

- To report content on a Google product that may exploit a child, click **Report abuse**. If you find content elsewhere on the internet, please contact the appropriate agency in your country directly.
- If you believe a child is in danger of or has been subject to abuse, exploitation, or trafficking, contact the police immediately. If you have already made a report to the police and still need help, or you have concerns a child is being or was being endangered on our products or services, you can report the behavior to Google.

## Terrorist content

Google Maps prohibits **terrorist content** and the use of this service by terrorist organizations for any purpose, including recruitment.

This includes:

- Content that incites violence, promotes terrorist acts or celebrates terrorist attacks.
- Content produced by or on behalf of terrorist groups.

We may allow content related to terrorism for an educational, documentary, scientific, or artistic purpose if sufficient information is provided for users to understand the context.

## Off-topic

Only post content that is based on your experience or questions about experiences at a specific location.

We don't allow content which contains general, political, or social commentary or personal rants.

## Advertising & solicitation

Don't post content for advertising or **solicitation** purposes.

This includes:

- Promotional or commercial content
- Posting email addresses, phone numbers, social media links, or links to other websites in your reviews

## Unclear and Repetitive Content

### Unclear content

We do not allow the posting of unclear content on Google Maps because it dilutes useful information Google Maps provides its users.

This includes:

- Posting content that lacks meaning across languages, such as a random group of characters.

### Repetitive content

We do not allow the posting of repetitive content on Google Maps because it dilutes useful information Google Maps provides its users.

This includes:

- Posting the same content multiple times either from the same account or multiple accounts

---

### Defacement & Mischief

We don't allow content that aims to destroy or damage the digital presence of a feature. This includes editing information about a place to make it inappropriate or low quality, as a prank or to express your social or political views.

*Please take these rules seriously. If a Google Maps user's on- or off-platform behavior harms our users, community, employees or ecosystem, we may take actions that will range from suspending the account privileges to account termination. When reviewing content or accounts, we take various types of information into consideration, including the content itself, account information, user actions and whether a pattern of harmful behavior exists, and other information provided through reporting mechanisms (where applicable) and own-initiative reviews.*