# EXHIBIT D

# Google Business Profile Additional Terms of Service for Business Entities

**Last modified:** July 17, 2025

The Google Business Profile Services allow business entities to create and manage a business profile on Google ("Business Profile").

To use the Google Business Profile Services and any related services, features, and functionality (the "Business Profile Services"), a business entity must accept (1) the Google Terms of Service, and (2) these Google Business Profile Additional Terms of Service (the "Google Business Profile Additional Terms"). Together, these documents are known as the "Terms." The individual accepting the Terms for the business entity must be an authorized representative of the business entity listed on the Business Profile.

Please read the Terms carefully. They establish what you can expect from us as you use Business Profile Services, how we license and may use your Business Profile information, and what we expect from you. As used in these Google Business Profile Additional Terms, "you" means the business entity using the Business Profile Services.

If these Google Business Profile Additional Terms conflict with the Google Terms of Service, these Business Profile Additional Terms will govern for Business Profile Services.

## What we expect from you

You're responsible for the entity listed on your Business Profile. That means, in addition to following the basic rules of conduct in the Google Terms of Service, you must, when using the Business Profile Services:

- Comply with applicable laws and industry best practices when operating and promoting your entity, including obtaining all applicable licenses and approvals.
- To improve your Business Profile's visibility on Google Search and Maps, ensure all content is accurate, up-to-date, and complete.
- Supply all required disclaimers, warnings, and notices (or if you rely on any supplied by Google, ensure their sufficiency for your entity).
- Comply with the policies that apply to the Business Profile Services ("Policies"). Learn more about Business Profile policies and guidelines.

Moderation of your content and other content on the Business Profile

> Google is not responsible for your Business Profile. But, once you've claimed it, you understand that we have the right, but not the obligation, to moderate the content you

provide using Business Profile Services.

We're constantly striving to ensure that information in your Business Profile is complete, relevant and up to date so that the business details displayed on Google are as useful as possible for you and our users. This means that, occasionally, we may choose not to display your content (for example, if trusted signals indicate that your content is not accurate). We may also choose to show an edited version of your content or content from an alternative source in place of your content. Learn more about how Google sources and displays information in Business Profiles.

## Your access to your content

You'll maintain access to your content in Business Profile Services in accordance with the functionality described here. You can export a copy of your Google Account data (including applicable Google Business Profile data) at any time.

To better understand how to update, manage, export and delete your Google Account , learn more about our Privacy Policy .

## Google's access to your account

If you authorize us to do so, we may access your account to help you manage your Business Profile.

## Data protection terms

To the extent applicable, Google Controller-Controller Data Protection Terms at https://privacy.google.com/businesses/gdprcontrollerterms/ ("Data Protection Terms") will apply. Google will not modify the Data Protection Terms, except as expressly permitted under the Data Protection Terms.

## License

This license covers the basic Business Profile information that you provide, if that information is protected by intellectual property rights.

You give Google a perpetual (which means for as long as that information is protected by intellectual property rights), irrevocable, worldwide, royalty-free, and non-exclusive license to reproduce, adapt, modify, translate, publish, publicly perform, publicly display, distribute, and create derivative works of the basic Business Profile information (such as the entity name, location, phone number, category, hours, and website). Notwithstanding this license, you may revoke your consent for Google to send

automated calls or texts to your Business Profile number at any time. Learn more about automated calls and texts from Google to confirm business info.

You also grant to other Google services users the right to access and use, including the right to edit, that information as permitted under the applicable Google Terms of Service.

All other content that you provide to your Business Profile (such as business photos) is licensed to Google under the Google Terms of Service       .

## Other products and services

You may be provided access to other products and services within your account. These products and services may be subject to their own separate terms and policies that we will make available to you.

## Changes to the terms

Google may make non-material changes to these Terms at any time without notice. Google will provide advance notice of any material changes to these Terms. Changes to the Terms won't apply retroactively and will become effective 15 days after posting on this page. However, changes made for legal reasons or in urgent situations like preventing ongoing abuse will be effective immediately upon notice.

## Termination

Google reserves the right to wholly or partially restrict, suspend, or terminate your access to, or use of, Business Profile Services if:

1. You breach these Terms, any Policies or applicable law(s).
2. Google is required to do so to comply with a legal requirement or a court order.
3. Your conduct causes harm or liability to a third party or Google.

If you believe your access to Business Profile Services has been restricted, suspended or terminated in error, refer to the appeal process in the Policies. You may terminate these Terms at any time by removing the profile content and managers and, if applicable, marking the business as permanently closed. Learn how to remove profile content and managers from a Business Profile.

## Questions or complaints

If you have any questions or complaints regarding Google Business Profile, you can go to our Help Center or you can contact us. If you believe that your access to Google Business Profile has been suspended or terminated in error, you can appeal.

Settle disputes

If you're a business user based in the EU or the United Kingdom, you can also apply to resolve a dispute under these Terms with mediation. Find more details about the mediators we're willing to engage with and instructions about how to request mediation here . Except as required by applicable law, mediation is voluntary and neither you nor Google are obliged to settle disputes through mediation.

Raising issues with public authorities

Nothing in these Terms prevents you from raising issues with any relevant public authority regarding non-compliance with the law. To the extent this section conflicts with any other part of the Terms, this section will govern.

Related resources

- Report misleading information or fraudulent activity on Google Maps
- Report a violation of Business Profile third-party policies