| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>REECE TREVOR (316685)<br>(rtrevor@cooley.com)<br>EMILY J. BORN (360427)<br>(eborn@cooley.com)<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, California 94111-4004<br>Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222<br><br>Attorneys for Plaintiff Google LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD YASIR KHATRI, an individual, and DOES 1–20,<br><br>Defendants. | Case No.<br><br>**GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTTIES OR PERSON (FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15)** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following: Google LLC ("Google") is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC.
2. XXVI Holdings, Inc., Holding Company of Google LLC.
3. Alphabet Inc., Holding Company of XXVI Holdings, Inc.

Pursuant to Civil L.R. 3-15(b)(1), the undersigned certifies that it does not believe that the court has a conflict with any party, but will supplement this disclosure to the extent required following assignment of this case to a judicial officer.

Google LLC is a citizen of Delaware and California. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
|---|---|
| XXVI Holdings Inc. | Delaware & California |

Dated: December 22, 2025

COOLEY LLP

By: _____
Whitty Somvichian

Attorneys for Defendant