**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD YASIR KHATRI, an individual, and DOES 1–20,<br><br>Defendants. | Case No. 5:25-cv-10907-VKD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 16 |

This matter came before the Court on Plaintiff Google LLC's Administrative Motion to Continue Case Management Conference ("Motion"). This Court has considered Google's Motion, supporting declaration, and the governing law, and finds good cause to grant Google's request. Accordingly, Google's Motion is **GRANTED**. The Court continues the Case Management Conference scheduled for May 5, 2026 to July 7, 2026. The parties shall file a joint case management statement in advance of the conference no later than June 30, 2026. All deadlines set in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 7) are adjusted accordingly.

**IT IS SO ORDERED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION TO CONTINUE CMC
CASE NO. 5:25-CV-10907-VKD

Dated: April 23, 2026

_Virginia K. DeMarchi_

Honorable Virginia K. DeMarchi

United States Magistrate Judge

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION TO CONTINUE CMC
CASE NO. 5:25-CV-10907-VKD